IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WILLIAM D. WEAVER, | No. CV 08-264-TUC-RCC |
| Plaintiff, | **ORDER** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On November 17, 2008, the Honorable Glenda E. Edmonds, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action (Docket No. 14). The Recommendation advised the Court to GRANT the Plaintiff's Motion for Summary Judgment (Docket No. 8), DENY the Defendant's Cross-Motion for Summary Judgment (Docket No. 10), and REMAND for further proceedings.

The Court considers the Recommendation (Docket No. 14) to be thorough and well-reasoned. After a thorough and de novo review of the record, the Court will ADOPT the Recommendation of Magistrate Judge Edmonds.

DATED this 23rd day of January, 2009.

Raner C. Collins
United States District Judge